UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR A SEARCH OF THE PREMISES MORE PARTICULARLY DESCRIBED ON ATTACHMENT A : : : : | Hon. Joseph A. Dickson, U.S.M.J. <br><br> Mag. No. 11-6578 <br><br> Unsealing <br> ~~SEALING~~ ORDER <br> (Search Warrant) |

This matter having come before the Court upon the application of the United States of America by PAUL J. FISHMAN, United States Attorney (Kathleen P. O'Leary, Assistant U.S. Attorney, appearing), seeking an Order that the Application and Affidavit for the Search Warrant, in the above-captioned matter, as well as all related papers, be unsealed,

IT IS on this 24th day of May 2011

ORDERED that the Application and Affidavit for the Search Warrant, in the above-captioned matter, as well as all related papers, be unsealed.

_____
HONORABLE JOSEPH A. DICKSON
UNITED STATES MAGISTRATE JUDGE